FOURTH DEPARTMENT, MARCH, 1993

(March 12, 1993)

■ PROGRESSIVE CASUALTY INSURANCE COMPANY, Respondent,

v Allstate Insurance Company, Appellant. [595 NYS2d 144] — Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: The court erred in granting plaintiff's motion for summary judgment but properly denied defendant's cross motion for summary judgment. Each party sought a declaration that the other's insurance policy coverage was primary. That determination, however, cannot be made without a review of both policies, and only defendant's policy is in the record. (Appeal from Order of Supreme Court, Erie County, Joslin, J.—Declaratory Judgment.) Present—Callahan, J. P., Pine, Lawton, Boehm and Fallon, JJ.